John J. Lee (JL-3577)
Carmine J. Castellano (CC-8484)
BAINTON MCCARTHY LLC
Attorneys for Plaintiff
Gilead Sciences, Inc.
26 Broadway, Suite 2400
New York, New York 10004
Tel:  (212) 480-3500
Fax:  (212) 480-9557

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GILEAD SCIENCES, INC.,

                        Plaintiff,

   - against -

ABRAHAM T. MORRISON,

                        Defendant.
------------------------------------------------------------------X

Index No. 08 CV 0566

FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Gilead Sciences, Inc., certifies that Gilead has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       January 22, 2008

By: _____
John J. Lee (JL-3577)
Carmine J. Castellano (CC-8484)

*Attorneys for Plaintiff*
Gilead Sciences, Inc.
26 Broadway, Suite 2400
New York, NY 10004-1840
Tel: (212) 480-3500
Fax: (212) 480-9557