# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

GILEAD SCIENCES, INC.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:  08-CV-0566 (DLC) (GWG)

ABRAHAM T. MORRISON

TO: (Name and address of defendant)

Mr. Abraham T. Morrison
484 West 43rd Street, Apt. 16T
New York, New York 10036

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John J. Lee (JL-3577)
BAINTON MCCARTHY LLC
26 Broadway, Suite 2400
New York, New York 10004-1840

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

JAN 3 0 2008

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>January 31, 2008, 3:38 p.m. |
| NAME OF SERVER *(PRINT)* | TITLE<br>Private Investigator |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: <u>Memoral Sloan-Kettering,</u> <u>1275 York Avenue, #728, New York, New York 10065.</u>

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other *(specify):* _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 1, 2008           *[signature]*
                  Date                       /Signature of Server
                                27 Whitehall Street, 8th Fl.
                                New York, NY  10004
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.