AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN __ DISTRICT OF __ NEW YORK

GILEAD SCIENCES, INC.,

v.

ABRAHAM T. MORRISON

**APPEARANCE**

Case Number: 08-CV-0566

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Gilead Sciences, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/11/2008 | _[signature]_ |
| Date | Signature |
| | Carmine J. Castellano                CC-8484 |
| | Print Name                           Bar Number |
| | 26 Broadway, Suite 2400 |
| | Address |
| | New York          NY           10004 |
| | City              State        Zip Code |
| | (212) 480-3500              (212) 480-9557 |
| | Phone Number                Fax Number |