## CERTIFICATE OF SERVICE

Michael T. Roussel, hereby certifies that on April 11, 2008, I served a true and correct copy of the Individual Practices of the Honorable Denise L. Cote and the Notice of Initial Pretrial Conference via first-class mail on defense counsel, Paul E. Kerson, Esq., Leavitt, Kerson, & Duane, 99 Park Avenue, Suite 800, New York, New York 10016.

                                                   Michael T. Roussel