# LEAVITT, KERSON & DUANE

### ATTORNEYS AND COUNSELLORS AT LAW

PAUL E. KERSON
MARC CRAWFORD LEAVITT
JOHN P. DUANE

———

BENJAMIN M. SHAW
(1912-2002)

**99 PARK AVENUE**
**SUITE 800**
**NEW YORK, NEW YORK 10016**
(212) 973-9339
FAX (212) 973-9494



July 23, 2008

JOSEPH N. YAMANER
WAYNE GREENWALD
IRA R. GREENBERG
MANUEL HERMAN
LEONARD M. HERMAN
ALEXANDRA MISHAIL
COUNSEL

———

ADDITIONAL OFFICES
FOREST HILLS, NY
AND WOODSIDE, NY

Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

**MEMO ENDORSED**

Re: Gilead Sciences, Inc. v. Morrison, Case no. 08 Civ. 0566 (DLC)(GWG)

Dear Judge Cote:

We are the attorneys for the Defendant Abraham T. Morrison, in the above-referenced action. We are writing to request an extension of defendant's time to provide disclosure of expert testimony currently due by July 25, 2008. We request that such date be changed to August 22, 2008. This is the first time such adjournment is sought and, counsel for the plaintiff have no objection to such extension.

We understand that due to this extension of time, some discovery due dates must be extended as well. Attached herein is a proposed Revised Scheduling Order.

Respectfully yours,

Alexandra Mishail

Cc: Carmine J. Castellano, Esq. (via facsimile)- 212- 480-9557

*As agreed at the May 8 conference, the pretrial order date of November 14 and December 8 trial date are firm and will not be extended. Counsel on consent can adjust the intervening discovery dates.*

*Denise Cote*
*July 24, 2008*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08