UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

x------------------------------------------------x
GILEAD SCIENCES, INC.,

                Plaintiff,

    -against-

ABRAHAM T. MORRISON,

                Defendant.
x------------------------------------------------x

Case No. 08-CV-0566(DLC)(GWG)

**DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

      1. Defendant does not recall the exact date in which he entered into the contract. However, refer to defendant's Answer and Affirmative Defenses and Counterclaims served upon the plaintiff herein.

      2. Defendant does not remember the exact date in which plaintiff terminated his employment. However, please see Answer, Affirmative Defenses and Counterclaims provided to the plaintiff herein.

      3. Defendant objects to such requests as it is neither material nor necessary to the prosecution or defense of this action.

      4. Defendant objects to such requests as it is neither material nor necessary to the prosecution or defense of this action.

      5. Dr. Patrick Dalton, Dr. William Grace, Dr. Tony Cheung and Calvary Hospital. Defendant reserves the right to amend this answer.

      6. Defendant objects to such requests as it is neither material nor necessary to the prosecution or defense of this action.

      7. Defendant does not recall the exact dates requested in this interrogatory.

      Defendant reserves the right to amend said Response to Plaintiff's First Set of Interrogatories at a later time.

Dated: August 22, 2008                                    PAUL E. KERSON  
      Forest Hills, NY                             Leavitt, Kerson & Duane  
                                                          Attorneys for Defendant  
                                                          118-35 Queens Blvd., Suite 1205  
                                                          Forest Hills, NY 11375  
                                                          (718) 793-8822

To: Carmine J. Castellano, Esq.  
    Bainton McCarthy LLC  
    Attorneys for Plaintiff  
    26 Broadway, Suite 2400  
    New York, NY 10004-1840  
    (212) 480-3500

STATE OF NEW YORK, COUNTY OF QUEENS                                                              ss.:

STACEY SHOWALTER,          being duly sworn says: I am not a party to the action, am over 18 years of age and reside at Queens County.

On   August 22, 2008, I served a true copy of the annexed DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES in the following manner:

☐ **Service By Mail** — By mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

☐ **Personal Service on Individual** — By delivering the same personally to the persons and at the addresses indicated below:

☐ **Service by Electronic Means** — By transmitting the same to the attorney by electronic means to the telephone number or other station or other limitation designated by the attorney for that purpose. In doing so I received a signal from the equipment of the attorney indicating that the transmission was received, and mailed a copy of same to that attorney, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

☐ **Overnight Delivery Service** — By depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:

> Carmine J. Castellano, Esq.
> Bainton McCarthy LLC
> Attorneys for Plaintiff
> 26 Broadway, Suite 2400
> New York, NY 10004-1840

Sworn to before me on August 22 , 2008

  s/Paul E. Kerson
   Notary Public

                                          s/Stacey Showalter
                                         STACEY SHOWALTER

Case No. 08-CV-0566 (DLC)(GWG)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GILEAD SCIENCES, INC.,

                Plaintiff,

    -against-

ABRAHAM T. MORRISON,

                Defendant.

## DEFENDANT'S RESPONSE TO PLAINTIFF'S
## FIRST SET OF INTERROGATORIES

**LEAVITT, KERSON & DUANE**
Attorneys for   Defendant
118-35 Queens Boulevard
Suite 1205
Forest Hills, New York 11375
(718) 793-8822
Fax (718) 261-5013

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certified that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: ......................................     Signature:....................................................................

                                                         Print Signer's Name

*Service of a copy of the within*                                               *is hereby admitted.*

Dated:                              ..............................................................................
                                                Attorney(s) for

Dated:

                                                **LEAVITT, KERSON & DUANE**
                                                Attorneys for Defendant
                                                118-35 Queens Blvd., #1205
                                                Forest Hills, NY  11375
                                                (718) 793-8822

Case 1:08-cv-00566-DLC    Document 17    Filed 08/22/2008    Page 5 of 5